## Mandel, Appellant, v. Unemployment Compensation Board of Review.

Submitted May 8, 1940.

Before Cunningham, Baldrige, Stadtfeld, Parker, Rhodes and Hirt, JJ.

*Tillie Mandel,* appellant, in propria persona.

*Charles R. Davis,* Special Deputy Attorney General, *R. Carlyle Fee,* Asst. Special Deputy Attorney General, and *Claude T. Reno,* Attorney General, for appellee.

Per Curiam, October 4, 1940:

This appeal is governed by our recent decision in *Labor and Industry Department v. Unemployment Compensation Board of Review (Appeal of Bush),* 133 Pa.

Superior Ct. 518, 3 A. 2d 211. The record shows that the appellant quit her employment and *voluntarily left her work,* as defined and construed in that case, and, in consequence, is ineligible for unemployment compensation.

The decision of the board is affirmed.